UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAMAR MEDLEY, LUIS ESTRADA, DAVID ROLLS, JOSE LUIS CARREON, MATTHEW CHALAKEE, RAFAEL FLORES, CHARLES GREENIDGE, AND MARLON GIBBS,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ATLANTIC EXPOSITION SERVICES, INC., a Corporation of the State of New Jersey; INTERNATIONAL UNION OF PAINTERS, AND ALLIED TRADES AFL-CIO CLC DISTRICT COUNCIL 711, a union and labor organization; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, INDUSTRY PENSION PLAN, as trustee of an E.R.I.S.A. Pension Plan,<br><br>                              Defendants. | CIVIL ACTION NO.<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Kevin D. Jarvis, Esq., do hereby certify that a true and correct copy of the foregoing Notice of Removal was served this 10th day of November, 2020, via certified first-class mail upon the following:

> Timothy C. Alexander, Esquire
> William H. Tobolsky, Esquire
> 107 West Broadway
> Salem, New Jersey 08079
> *Attorneys for Plaintiffs*

1

Steven W. Suflas, Esquire
Ballard Spahr, LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
*Attorneys for Defendant AEX*

**O'BRIEN, BELLAND & BUSHINSKY, LLC**
Attorneys for Defendant IUPAT DC 711

By:  /s/ Kevin D. Jarvis. Esquire
     KEVIN D. JARVIS, ESQUIRE